<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-7804**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHNNY RAY PARKER,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Sr., District Judge. (CR-95-209, CA-96-903)

─────────────

Submitted:  June 18, 1998            Decided:  July 2, 1998

─────────────

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Johnny Ray Parker, Appellant Pro Se. Scott Patrick Mebane, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Parker, Nos. CR-95-209; CA-96-903 (M.D.N.C. Nov. 24, 1997). Appellant's motions for production of a trial transcript are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2